UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: Robert A. Griffith                           Docket No. 04- MC10052

**AFFIDAVIT OF COMPLIANCE
IN SUPPORT OF REINSTATEMENT
PURSUANT TO LR, D. MASS 83.6(7)**

Pursuant to LR, D. Mass. 83.6 (7), I hereby certify in connection with my suspension by Order of the Supreme Judicial Court dated February 9, 2004 ("the Order") and S.J.C. Rule 4:01, §18(1)(b) [*short-term suspensions*] and as follows.

1) The period of my suspension has run and I have fully complied with the provisions of the Order of the Supreme Judicial Court relative to suspension, with S.J.C. Rule 4:01, and with the Rules of The Board of Bar Overseers. Affidavits detailing my compliance accompanied by all appropriate exhibits were filed with the Clerk of the Supreme Judicial Court and/or Bar Counsel dated February 23, 2004, March 23, 2004, March 24, 2004, and April 9, 2004.

2) I have taken the Multi-State Professional Responsibility Examination during the period of suspension and received a passing grade as established by the Board of Bar Examiners. I took the Multi-State Professional Responsibility Examination on August 13, 2004 and received a score of 126. It is my understanding that the Massachusetts Board of

1

Bar Examiners has established a passing score to be 85. Proof of my passing grade was mailed to Bar Counsel on or about September 9, 2004.

3) I have paid any required fees and cost. Prior to the effective date of my suspension, I delivered a check, via messenger, to Bar Counsel in the amount of $3,958.17 for costs expended in the disciplinary proceedings. That check was delivered on or about February 27, 2004.

4) The misconduct for which I was suspended did not involve the misappropriation of Client funds, nor an issue involving fees and therefore there were no proceedings before the Client's Security Board.

5) On March 30, 2005 I was reinstated as a member of the bar of the Commonwealth of Massachusetts by order of the Supreme Judicial Court. The Judgment of Reinstatement is attached hereto as Exhibit A and incorporated herein by reference.

Signed under the pains and penalties of perjury, this 12th day of April, 2005.

_____
Robert A. Griffith

Date: April 12, 2005

Sworn to and subscribed before me this 12th day of April, 2005.

_____  ALISON SHEEHAN
                            NOTARY PUBLIC
                            My commission expires Mar. 17, 2011

My commission expires:



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

MAURA S. DOYLE
CLERK

March 30, 2005

Richard A. Gargiulo, Esquire
Gargiulo, Rudnick & Gargiulo
766 Falmouth Road
Suite A-6
Mashpee, MA 02649

RE: No. BD-2003-015

IN RE: Robert A. Griffith

RECEIVED
APR 0 1 2005
GARGIULO/RUDNICK, LLP

NOTICE OF DOCKET ENTRY

You are hereby notified that on March 30, 2005, the following was entered onto the docket of the above referenced case:

Judgment of Reinstatement, as on file. (Greaney, J.).

Maura S. Doyle, Clerk

To: Robert I. Warner, Assistant Bar Counsel
Daniel C. Crane, Bar Counsel
Michael Fredrickson, Board Counsel
Atty. Robert A. Griffith
Thomas R. Kiley, Esquire
Richard A. Gargiulo, Esquire

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                SUPREME JUDICIAL COURT
                                            FOR SUFFOLK COUNTY
                                            NO: BD-2003-015


IN RE: ROBERT A. GRIFFITH


JUDGMENT OF REINSTATEMENT
PURSUANT TO S.J.C. RULE 4:01, SEC. 18(1)

This matter came before the Court on the lawyer's reinstatement to the practice of law pursuant to S.J.C. Rule 4:01, sec. 18(1).

On March 15, 2005, the lawyer filed his affidavit of compliance; After the expiration of a ten-day period with bar counsel filing no objections to the lawyer's automatic reinstatement, it is ORDERED and ADJUDGED that ROBERT A. GRIFFITH is hereby reinstated as a member of the bar of the Commonwealth.

By the Court, (Greaney) J.

Maura S. Doyle, Clerk

Entered: March 30, 2005