COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                SUPREME JUDICIAL COURT
                                            FOR SUFFOLK COUNTY
                                            NO:  BD-2003-015

IN RE: ROBERT A. GRIFFITH

JUDGMENT OF REINSTATEMENT
PURSUANT TO S.J.C. RULE 4:01, SEC. 18(1)

This matter came before the Court on the lawyer's reinstatement to the practice of law pursuant to S.J.C. Rule 4:01, sec. 18(1).

On March 15, 2005, the lawyer filed his affidavit of compliance; After the expiration of a ten-day period with bar counsel filing no objections to the lawyer's automatic reinstatement, it is ORDERED and ADJUDGED that ROBERT A. GRIFFITH is hereby reinstated as a member of the bar of the Commonwealth.

By the Court, (Greaney, J.)

Maura S. Doyle, Clerk

Entered: March 30, 2005